PER CURIAM.
Affirmed. See McMillion v. Whalen, 553 So.2d 1376 (Fla. 2d DCA 1989); Laberge v. VanCleave, 534 So.2d 1176 (Fla. 5th DCA), review denied, 545 So.2d 1369 (Fla.1989); Tripp v. Killam, 492 So.2d 472 (Fla. 4th DCA 1986): Riveron v. Jervis B. Webb Co., 488 So.2d 547 (Fla. 3d DCA 1986); Corbett v. Seaboard Coastline R.R., 375 So.2d 34 (Fla. 3d DCA 1979), cert. denied, 383 So.2d 1202 (Fla.1980).